UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC LAQUINCE BROWN, | ) | No. ED CV 13-02398-DMG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| TIM PEREZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: November 24, 2014

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE